AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matz, Howard A | Central District of California | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 312 N. Spring St., Room 170 <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustor and Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 11 A 9: 31 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Salary paid by ▇▇▇▇▇▇▇ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TRUST NO. 3 | F | Int./Div. | P1 | T | | | | | |
| 2.  ADC Telecommunications Inc. | | | | | | | | | |
| 3.  Allegheny Energy Inc. | | | | | Buy | 7/10 | J | | |
| 4.  American International Group Inc. | | | | | Buy | 5/10 | J | | |
| 5.  American International Group Inc. | | | | | Buy | 9/19 | J | | |
| 6.  American International Group Inc. | | | | | Buy | 9/21 | J | | |
| 7.  American International Group Inc. | | | | | Buy | 10/16 | J | | |
| 8.  American Electric Power Co. Inc. | | | | | Sell | 7/25 | J | A | |
| 9.  American Electric Power Co. Inc. | | | | | Sell | 7/25 | J | A | |
| 10.  American Tower System Corp. | | | | | | | | | |
| 11.  Arrow Electronics | | | | | | | | | |
| 12.  AT&T Inc. | | | | | Buy | 1/27 | J | | |
| 13.  AT&T Inc. | | | | | Buy | 2/6 | J | | |
| 14.  Avnet Inc. | | | | | Sell | 2/2 | J | A | |
| 15.  Avnet Inc. | | | | | Sell | 2/2 | J | A | |
| 16.  Avnuet Inc. | | | | | Sell | 5/5 | J | B | |
| 17.  Bank of America Corp. | | | | | Buy | 2/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bellsouth Corp. | | | | | Buy | 1/23 | J | | |
| 19. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 20. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 21. Bernstein Tax Managed | | | | | Buy | 12/12 | J | | |
| 22. Bernstein Tax Managed | | | | | Buy | 12/12 | K | | |
| 23. BF Goodrich Co. | | | | | Buy | 1/23 | J | | |
| 24. BF Goodrich Co. | | | | | Sell | 8/10 | J | A | |
| 25. Black & Decker Corp. | | | | | Buy | 10/2 | J | | |
| 26. BP Amoco Plc | | | | | Buy | 2/3 | J | | |
| 27. Burlington Northern Santa Fe | | | | | Sell | 1/4 | J | D | |
| 28. CBS Corp. | | | | | Buy | 3/2 | J | | |
| 29. CBS Corp. | | | | | Buy | 3/23 | J | | |
| 30. CBS Corp. | | | | | Buy | 5/11 | J | | |
| 31. CBS Corp. | | | | | Buy | 6/28 | J | | |
| 32. CBS Corp. | | | | | Buy | 8/11 | J | | |
| 33. Celestica Inc. | | | | | Sell | 9/15 | J | A | |
| 34. Chevron Corp. | | | | | Buy | 7/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Systems Inc. | | | | | Buy | 3/15 | J | | |
| 36. Citigroup Inc. | | | | | | | | | |
| 37. Clorox Company | | | | | Sell | 9/26 | J | A | |
| 38. Clorox Company | | | | | Sell | 10/9 | J | | |
| 39. Coca-Cola Co. | | | | | Buy | 1/13 | J | | |
| 40. Comcast Corp. | | | | | Buy | 6/20 | J | | |
| 41. Comcast Corp. | | | | | Buy | 6/22 | J | | |
| 42. Comcast Corp. | | | | | Buy | 7/1 | J | | |
| 43. ConocoPhillips | | | | | Buy | 11/13 | J | | |
| 44. ConocoPhillips | | | | | Sell | 1/4 | J | C | |
| 45. ConocoPhillips | | | | | Sell | 4/3 | J | B | |
| 46. Constellation Energy Group Inc. | | | | | | | | | |
| 47. Cooper Industries Ltd. | | | | | Sell | 8/3 | J | C | |
| 48. Cooper Tire & Rubber Co. | | | | | Sell | 7/21 | J | A | |
| 49. Daimler Chrysler AG | | | | | Buy | 6/8 | J | | |
| 50. Daimler Chrysler AG | | | | | Buy | 8/21 | J | | |
| 51. Electronic Data Systems Corp. | | | | | Buy | 2/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Electronic Data Systems Corp. | | | | | Sell | 10/9 | J | A | |
| 53. Eli Lilly & Co. | | | | | Buy | 2/3 | J | | |
| 54. Eli Lilly & Co. | | | | | Sell | 10/12 | J | A | |
| 55. Eli Lilly & Co. | | | | | Sell | 11/21 | J | A | |
| 56. Embarq Corp. | | | | | Spin Off | 5/23 | J | | |
| 57. Embarq Corp. | | | | | Sell | 10/12 | J | A | |
| 58. Entergy Corp. New | | | | | Sell | 6/6 | J | B | |
| 59. Exxon Mobil Corp. | | | | | Buy | 1/6 | J | | |
| 60. Exxon Mobil Corp. | | | | | Sell | 2/2 | J | A | |
| 61. Exxon Mobil Corp. | | | | | Sell | 2/2 | J | A | |
| 62. Exxon Mobil Corp. | | | | | Sell | 2/2 | J | A | |
| 63. Federal Home Loan Mortgage | | | | | Buy | 6/8 | J | | |
| 64. Federal Home Loan Mortgage | | | | | Buy | 8/4 | J | | |
| 65. Federal National Mortgage Assn. | | | | | | | | | |
| 66. Flextronics International | | | | | | | | | |
| 67. General Electric Co. | | | | | Buy | 8/10 | J | | |
| 68. Genworth Financial | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Global Santa Fe Corp. | | | | | Sell | 7/25 | J | A | |
| 70. Global Santa Fe Corp. | | | | | Sell | 11/9 | J | B | |
| 71. Hartford Financial Services | | | | | | | | | |
| 72. HCA Healthcare Co. | | | | | Sell | 7/5 | J | A | |
| 73. Hewlett Packard Co. | | | | | Sell | 1/25 | J | B | |
| 74. Hewlett Packard Co. | | | | | Sell | 1/25 | J | A | |
| 75. Hewlett Packard Co. | | | | | Sell | 7/21 | J | B | |
| 76. Hewlett Packard Co. | | | | | Sell | 8/18 | J | B | |
| 77. Hubbell Inc. Class B | | | | | Sell | 6/26 | J | A | |
| 78. Intel Corp. | | | | | Sell | 6/6 | J | A | |
| 79. Intel Corp. | | | | | Sell | 6/6 | J | A | |
| 80. International Business Machines Corp. | | | | | Buy | 8/22 | J | | |
| 81. International Business Machines Corp. | | | | | Buy | 8/24 | J | | |
| 82. Interpublic Group of Cos Inc. | | | | | Sell | 11/16 | J | A | |
| 83. Interpublic Group of Cos Inc. | | | | | Sell | 11/19 | J | A | |
| 84. Jones Apparel Group Inc. | | | | | Sell | 11/21 | J | A | |
| 85. JP Morgan Chase & Co. | | | | | Buy | 8/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP Morgan Chase & Co. | | | | | Buy | 9/29 | J | | |
| 87. Kellogg Co. | | | | | Buy | 2/3 | J | | |
| 88. Kroger Co. | | | | | | | | | |
| 89. Lear Corp. | | | | | Sell | 7/24 | J | A | |
| 90. Lehman Brothers Holdings Inc. | | | | | Stock Split | 5/1 | J | | |
| 91. Lehman Brothers Holdings Inc. | | | | | Sell | 6/20 | J | B | |
| 92. Limited Inc. | | | | | | | | | |
| 93. Magna International Inc. | | | | | Sell | 6/6 | J | B | |
| 94. Martin Marietta Materials Inc. | | | | | Sell | 2/23 | J | C | |
| 95. McDonalds Corp. | | | | | | | | | |
| 96. Medco Health Solutions Inc. | | | | | Sell | 1/5 | J | C | |
| 97. Medco Health Solutions Inc. | | | | | Sell | 3/3 | J | C | |
| 98. Merck & Co. Inc. | | | | | | | | | |
| 99. Metlife Inc. | | | | | | | | | |
| 100. Microsoft Corp. | | | | | Buy | 1/23 | J | | |
| 101. Microsoft Corp. | | | | | Sell | 10/9 | J | A | |
| 102. Mittal Steel Company NV | | | | | Buy | 11/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mittal Steel Company NV | | | | | Buy | 11/14 | J | | |
| 104. National City Corp. | | | | | | | | | |
| 105. Noble Corp. | | | | | Sell | 7/25 | J | B | |
| 106. Noble Corp. | | | | | Sell | 10/23 | J | A | |
| 107. Nokia Corp. - Sponsored ADR | | | | | Buy | 3/2 | J | | |
| 108. Norfolk Southern Corp. | | | | | Sell | 1/6 | J | B | |
| 109. Norfolk Southern Corp. | | | | | Sell | 1/6 | J | C | |
| 110. Nortel Networks Corp. | | | | | Sell | 1/26 | J | B | |
| 111. Northrop Corp. | | | | | Buy | 1/17 | J | | |
| 112. Occidental Peteroleum Corp. | | | | | Sell | 1/3 | J | D | |
| 113. Occidental Peteroleum Corp. | | | | | Sell | 1/23 | J | C | |
| 114. Occidental Peteroleum Corp. | | | | | Stock Split | 8/16 | J | | |
| 115. Office Depot Inc. | | | | | Sell | 10/4 | J | B | |
| 116. Owens Illinois Inc. New | | | | | Buy | 1/31 | J | | |
| 117. Owens Illinois Inc. New | | | | | Buy | 11/9 | J | | |
| 118. Owens Illinois Inc. New | | | | | Sell | 12/12 | J | A | |
| 119. Partnere Holding Ltd. | | | | | Buy | 2/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Pepsico Inc. North Carolina | | | | | | | | | |
| 121.  Pfizer Inc. | | | | | Buy | 10/11 | J | | |
| 122.  Pfizer Inc. | | | | | Buy | 10/16 | J | | |
| 123.  Pfizer Inc. | | | | | Buy | 10/25 | J | | |
| 124.  Pfizer Inc. | | | | | Buy | 11/8 | J | | |
| 125.  Procter & Gamble Co. | | | | | Buy | 6/29 | J | | |
| 126.  Procter & Gamble Co. | | | | | Buy | 8/3 | J | | |
| 127.  Renaissancere Holdings Ltd. | | | | | | | | | |
| 128.  Safeway Inc. | | | | | | | | | |
| 129.  Smurfit-Stone Container Corp. | | | | | | | | | |
| 130.  Sprint Nextel Corp. | | | | | | | | | |
| 131.  St. Paul Companies Inc. | | | | | | | | | |
| 132.  Supervalu Inc. | | | | | Sell | 7/27 | J | B | |
| 133.  Target Corp. | | | | | Sell | 9/19 | J | B | |
| 134.  Tech Data Corp. | | | | | | | | | |
| 135.  Time Warner Inc. | | | | | | | | | |
| 136.  Toyota Motor Corp. - ADR New | | | | | Buy | 6/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Toyota Motor Corp. - ADR New | | | | | Sell | 11/10 | J | B | |
| 138. Unilever NV | | | | | Sell | 5/9 | J | A | |
| 139. Verizon Communications | | | | | Buy | 11/24 | J | | |
| 140. Wachovia Corp. 2nd New | | | | | Sell | 6/16 | J | B | |
| 141. Wachovia Corp. 2nd New | | | | | Sell | 5/19 | J | C | |
| 142. Wisconsin Energy Corp. | | | | | | | | | |
| 143. XL Capital Ltd. - CIA | | | | | | | | | |
| 144. Bernstein California Municipal | | | | | Sell | 1/6 | J | A | |
| 145. Bernstein California Municipal | | | | | Sell | 4/6 | J | A | |
| 146. Bernstein California Municipal | | | | | Sell | 7/7 | J | A | |
| 147. Bernstein California Municipal | | | | | Sell | 10/6 | J | A | |
| 148. IRA ONE | E | Dividend | M | T | | | | | |
| 149. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 150. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 151. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 152. Bernstein International | | | | | Buy | 12/12 | J | | |
| 153. Bernstein International | | | | | Buy | 12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bernstein International | | | | | Sell | 1/6 | J | A | |
| 155. Bernstein International | | | | | Sell | 4/6 | J | A | |
| 156. Bernstein International | | | | | Sell | 7/7 | J | A | |
| 157. Bernstein International | | | | | Sell | 10/6 | J | A | |
| 158. IRA TWO | E | Dividend | M | T | | | | | |
| 159. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 160. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 161. Bernstein Emerging Markets | | | | | Buy | 12/12 | J | | |
| 162. Bernstein International | | | | | Buy | 12/12 | J | | |
| 163. Bernstein International | | | | | Buy | 12/12 | K | | |
| 164. Bernstein International | | | | | Sell | 1/6 | J | A | |
| 165. Bernstein International | | | | | Sell | 4/6 | J | A | |
| 166. Bernstein International | | | | | Sell | 7/7 | J | A | |
| 167. Bernstein International | | | | | Sell | 10/6 | J | A | |
| 168. TRUST NO. TWO | E | Interest | O | T | | | | | |
| 169. Oppenheimer M/M | | | | | | | | | |
| 170. Whittier CA Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Cal St. Pubs Bond | | | | | | | | | |
| 172. Contra Costa CA Bond | | | | | | | | | |
| 173. Hayward CA Bond | | | | | | | | | |
| 174. Hollister CA Bond | | | | | | | | | |
| 175. Pasadena CA Bond | | | | | Redempt | 7/3 | K | A | |
| 176. San Bernardino Bond | | | | | | | | | |
| 177. San Luis Obispo CA Bond | | | | | Redempt | 10/2 | K | A | |
| 178. Torrance CA Bond | | | | | | | | | |
| 179. Capistrano CA Bond | | | | | | | | | |
| 180. Pomona CA Bond (Purchase 2004) | | | | | | | | | |
| 181. Pomona CA Bond (Purchase 2003) | | | | | | | | | |
| 182. Paramount CA Bond | | | | | | | | | |
| 183. Bonita Canyon CA Bond | | | | | | | | | |
| 184. Cerritos CA Bond | | | | | | | | | |
| 185. Willis CA Bond | | | | | | | | | |
| 186. Vernon CA Bond | | | | | Sell | 6/2 | K | A | |
| 187. Cupertino Ca Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | | T =Cash Market | |
| | U =Book Value | V =Other | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Calif HFA (Purchase 2005) | | | | | | | | | |
| 189. Calif Stwde 5.75% (State Water Dev.) | | | | | Buy | 6/2 | K | | |
| 190. Calif HFA 5.375% | | | | | Buy | 9/20 | K | | |
| 191. Bell Gardens 5% | | | | | Buy | 11/8 | K | | |
| 192. TRUST NO. 4 | B | Int./Div. | L | T | | | | | |
| 193. General Electric | | | | | Donation | 12/20 | J | A | BTLS, Columbia, UJF |
| 194. Verizon | | | | | | | | | |
| 195. Idearc | | | | | Sale | 12/15 | J | A | |
| 196. SBS Money Fund | | | | | | | | | |
| 197. TRUST NO. 5 | A | Interest | J | T | | | | | |
| 198. Washington Mutual Savings | | | | | | | | | |
| 199. TRUST NO. 6 | B | Interest | K | T | | | | | |
| 200. TIAA-CREF | C | Interest | N | T | | | | | |
| 201. Israel Bonds | A | Interest | J | T | | | | | |
| 202. TRUST NO. ONE | D | Dividend | N | T | | | | | |
| 203. AT&T Corp. | | | | | | | | | |
| 204. Agere | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | -T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Comcast | | | | | | | | | |
| 206. Lucent | | | | | | | | | |
| 207. Walt Disney | | | | | | | | | |
| 208. Schwab One Money Market | | | | | | | | | |
| 209. Dodge & Cox Stock | | | | | | | | | |
| 210. Harbor Capital Appreciation | | | | | | | | | |
| 211. Selected American Shares | | | | | | | | | |
| 212. Calamos Growth | | | | | | | | | |
| 213. ICM Small Company Port | | | | | Buy | 6/26 | J | | |
| 214. Pimco Emerging Co. (Now Allianz CCM Emg Cos) | | | | | | | | | |
| 215. Artisian Int'l | | | | | | | | | |
| 216. MS Emerging Market | | | | | | | | | |
| 217. MS Int'l Equity | | | | | | | | | |
| 218. Tweedy Browne Global Value | | | | | Sell | 2/1 | J | B | |
| 219. Cohen & Steers Realty | | | | | | | | | |
| 220. Merger Fund | | | | | | | | | |
| 221. Oakmark Int'l Small Corp. | | | | | Buy | 2/2 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C=$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  S =Assessment
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Oakmark Int'l Small Corp. | | | | | Buy | 6/26 | J | | |
| 223. Caldwell & Orking Mkt. Opp. | | | | | | | | | |
| 224. Caldwell & Orkin Mkt. Opp. | | | | | | | | | |
| 225. JP Morgan Mid Cap Value | | | | | | | | | |
| 226. Ivy Glb Nat. Resources | | | | | | | | | |
| 227. Cohen & Steers Realty | | | | | | | | | |
| 228. Calamos Growth | | | | | | | | | |
| 229. Artisan Int'l | | | | | | | | | |
| 230. Dodge & Cox Stock Fund | | | | | | | | | |
| 231. MS Int'l Equity | | | | | | | | | |
| 232. Ivy Global Nat'l Resources | | | | | | | | | |
| 233. Calamos Growth | | | | | | | | | |
| 234. Caldwell & Orkin Mkt. Opp. | | | | | | | | | |
| 235. Hussman Strategic Growth | | | | | | | | | |
| 236. Hussman Strategic Growth | | | | | | | | | |
| 237. Pimco All Asset | | | | | | | | | |
| 238. Chesapeake Core Growth | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. IRA ROLLOVER | G | Dividend | P1 | T | | | | | |
| 240. Dodge & Cox Stock | | | | | | | | | |
| 241. Dodge & Cox Int'l. Stocks | | | | | Buy | 5/25 | L | | |
| 242. Dodge & Cox Int'l. Stocks | | | | | Buy | 6/20 | J | | |
| 243. Selected American Shares | | | | | | | | | |
| 244. Calamos Growth | | | | | | | | | |
| 245. ICM Small Company Port. | | | | | Sell | 6/20 | K | D | |
| 246. Pimco Emerging Companies (Now Allianz CCM Emg. Cos) | | | | | | | | | |
| 247. Artisian Int'l | | | | | | | | | |
| 248. MS Emerging Market | | | | | | | | | |
| 249. MS Int'l Equity | | | | | Sell | 5/24 | L | D | |
| 250. Tweedy Browne Global Value | | | | | Sell | 2/1 | L | D | |
| 251. Cohen & Steers Realty | | | | | Sell | 2/22 | J | A | |
| 252. Cohen & Steers Realty | | | | | Sell | 4/11 | J | B | |
| 253. Cohen & Steers Realty | | | | | Sell | 6/20 | K | D | |
| 254. Cohen & Steers Realty | | | | | Sell | 11/2 | K | D | |
| 255. Merger Fund | | | | | Sell | 6/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Merger Fund | | | | | Buy | 11/3 | K | | |
| 257.  Oakmark Int'l. Small Cap | | | | | Buy | 2/2 | L | | |
| 258.  Oakmark Int'l. Small Cap | | | | | Buy | 6/20 | K | | |
| 259.  Schwab Money Market | | | | | | | | | |
| 260.  JP Morgan Mid Cap Value | | | | | Sell | 6/20 | K | C | |
| 261.  Ivy Gbl. Nat. Resources | | | | | Sell | 6/20 | J | B | |
| 262.  UM Multi Strategy Fund | | | | | | | | | |
| 263.  Cohen & Steers Int'l Realty Shares | | | | | Buy | 11/3 | L | | |
| 264.  Chesapeake Core Growth | | | | | Buy | 6/20 | K | | |
| 265.  Hussman Strategic Growth | | | | | Buy | 6/20 | J | | |
| 266.  Hussman Strategic Growth | | | | | Buy | 11/3 | K | | |
| 267.  Pimco All Asset | | | | | Buy | 6/20 | J | | |
| 268.  Pimco All Asset | | | | | Sell | 11/2 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ May 7, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544